UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOROTHEA PERRY,

Plaintiff,

- against -

NEW YORK LAW SCHOOL and COLLEGIS, INC.,

Defendants.

**AFFIDAVIT OF
SERVICE**

03 Civ. 9221 (GBD)

STATE OF NEW YORK      )
                       ) SS.:
COUNTY OF NASSAU       )

**JOSEPH ANTHONY RAMOS,** being duly sworn, deposes and says:

That deponent is not a party to the action, is over 18 years of age and resides in the County of Queens, New York.

That on Sept. 18, 2006, I served copies of **Notice of Change of Address** in the above-captioned matter on the party named below at the address shown, by depositing a true copy of same, properly enclosed in a postpaid envelope, in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York:

Mark S. Mancher, Esq.
Jackson Lewis LLP
58 South Service Road
Suite 410
Melville, New York 11747

Joseph Anthony Ramos

Sworn to before me this
19th day of September, 2006

Notary Public

THERESA DONOHUE
Notary Public, State of New York
No. 01DO6016914
Qualified in Suffolk County
Commission Expires 11/30/20 06