UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
DOROTHEA PERRY,

               Plaintiff,

   -against-

NEW YORK LAW SCHOOL and COLLEGIS, INC.,

               Defendants.
------------------------------------------------------------------x

ORDER OF DISMISSAL
03 Civ. 9221 (GBD)

GEORGE B. DANIELS, District Judge:

    The above-captioned case is dismissed with leave to restore within ninety days upon motion by any of the parties.

Dated: New York, New York
       March 25, 2008

SO ORDERED:

*George B Daniels*
GEORGE B. DANIELS
United States District Judge